FILED
Jun 23 2021
11:45 am
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ dominicf    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '21 CR1867 DMS |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Aliens Without Presentation |
| LUIS EDUARDO MAYTOREL, | |
| Defendant. | |

The grand jury charges:

Counts 1 & 2

On or about February 15, 2021, within the Southern District of California, defendant LUIS EDUARDO MAYTOREL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens listed below, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain:

| Count | Name |
|---|---|
| 1 | L.A.S., a juvenile |
| 2 | A.B.C., a juvenile |

all in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

APSH:nlv:San Diego:6/21/21

## Counts 3 & 4

On or about February 15, 2021, within the Southern District of California, defendant LUIS EDUARDO MAYTOREL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens listed below, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry:

| Count | Name |
|-------|------|
| 3 | L.A.S., a juvenile |
| 4 | A.B.C., a juvenile |

all in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: June 23, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
ANDREW P. SHERWOOD
Assistant U.S. Attorney

2