# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LUIS EDUARDO MAYTOREL,

Defendant.

Case No. 21CR1867-DMS

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

X the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or
___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) as charged in the Indictment:

8:1324(a)(2)(B)(ii) – Bringing in Aliens for Financial Gain and 8:1324(a)(2)(B)(iii)- Bringing in Aliens Without Presentation.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 7/19/2021

Hon. Dana M Sabraw
United States District Chief Judge